IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ISSISSIPPI
NORTHERN DIVISION

TONY GEANS                                                                                    PLAINTIFF

V.                                                            CASE NO.: 3:19-CV-368 HTW-JCG

NANCY A. BERRYHILL                                                                 DEFENDANT
Acting Commissioner of Social Security

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the court pursuant to the Report and Recommendation of United States Magistrate Judge John C. Garguilo **[doc. no.3]**. The Plaintiff herein, Tony Gean, had filed a Motion for Leave to proceed in forma pauperis. Having considered Plaintiff's application and the relevant legal authority, the Magistrate Judge recommended that the Petitioner's Motion for Leave to Proceed in forma pauperis should be denied. Based upon the evidence therein contained, this court, having given full consideration to the matter, adopts the Report and Recommendation of the United States Magistrate as the order of this court. Plaintiff's Motion for Leave to proceed in forma pauperis **[doc. no. 2]** is denied. This court notes that Plaintiff has now paid the filing fee.

**SO ORDERED AND ADJUDGED**, this the 7th day of January,2020.

s/ HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE